UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>BENITO SEGURA TOVAR,<br>    Defendant. | CRIMINAL NO. 5:15-13-KKC<br><br><br>**JUDGMENT** |

*** *** ***

In accordance with the opinion and order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) Benito Segura Tovar's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (DE 905) is DENIED;

2) this judgment is FINAL;

3) a certificate of appealability will not be issued, Tovar having failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); and

4) This matter is DISMISSED and STRICKEN from the Court's active docket.

Dated February 12, 2019.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY